UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. JULY JECKYL, et al.,<br><br>Petitioners<br><br>v.<br><br>MR. ROBERT HYDE, et al.,<br><br>Respondents. | Case No. 2:20-cv-00979-ODW (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Petition,

IT IS ADJUDGED THAT the above-captioned action is dismissed.

DATE: February 3, 2020 　　　_____
　　　　　　　　　　　　　　　OTIS D. WRIGHT II
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE